FREDERICK W. BLOSSOM, Appellant, *v.* SPENCER P. SHOTTER, Respondent.

(Argued October 12, 1891; decided October 27, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 13, 1891, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and ordered a new trial.

*James M. Gifford* for appellant.

*James Byrne* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed. _____

HORATIO G. SEEBER, Appellant, *v.* THE AMERICAN MINING AND MILLING COMPANY, Respondent.

(Argued October 13, 1891; decided October 27, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made July 18, 1890, which overruled plaintiff's exceptions and directed judgment for defendant on order dismissing the complaint herein.

*Thomas J. Ritch* for appellant.

*Andrew Dutcher* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.